UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGEN JOHNSON,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO,<br>RICHARD MEHARG,<br>KENNETH FEISTEL,<br>and DOES 1-20,<br><br>   Defendants. | Case No. 14cv0616-LAB (KSC)<br><br>**FINAL PRETRIAL ORDER**<br><br><br><br>Trial:  January 25, 2016<br>Time:  3:00 p.m.<br>Courtroom: 14 A<br>Judge:  Hon. Larry A. Burns |

Following pretrial proceedings and pursuant to the Court's scheduling order of September 15, 2015 (Dkt.# 36) and its minute order of November 3, 2015 (Dkt.# 39), the parties submit the following proposed pretrial order.

**A. Statement to be Read to the Jury**

The parties have prepared a statement of the case, which the Court intends to read to the jury.

**B. Causes of Action**

The following causes of action are to be tried:

**1. Unlawful seizure of plaintiff by arrest without probable cause, in violation of the Fourth Amendment.** (FAC, First Cause of Action, paragraphs 32 and 33.) Elements:

1. Defendants acted under color or law;

2. The acts of defendants deprived plaintiff of a Fourth Amendment right;

3. Defendants seized the plaintiff's person;

4. In seizing the plaintiff's person, defendants acted intentionally;

5. The seizure was unreasonable, as it lacked probable cause; and

6. The conduct of defendants was the proximate cause of injury or harm to plaintiff.

Plaintiff Morgen Johnson suffered multiple physical injuries and emotional distress. Plaintiff's alleged emotional injuries include those associated with defending an allegedly false criminal case. (Defendants disagree that Plaintiff can recover emotional damages from a criminal prosecution under his cause of action for Fourth Amendment unlawful seizure.)

**2. Excessive force against Plaintiff Morgen Johnson, in violation of the Fourth Amendment.** (FAC, First Cause of Action, paragraph 34.)

Elements:

1. Defendants acted under color or law;

2. The acts of defendants deprived plaintiff of a Fourth Amendment right;

3. Defendants used excessive force against plaintiff; and

4. The acts of defendants were the proximate cause of injury or harm to plaintiff.

Mr. Johnson alleges he suffered multiple physical injuries and emotional injuries as a result of this violation.

**3. False/malicious prosecution of Plaintiff Morgen Johnson in violation of the Fourth Amendment.** (First Cause of Action, paragraph 36.)

Elements:

1. Defendants were instrumental in instigating the criminal prosecution of plaintiff Morgen Johnson for resisting an officer in the performance of his duties by force or violence (Penal Code § 69) and resisting, obstructing or delaying an

officer in the performance of his duties (Penal Code § 148).

    2. Defendants did so with malice or a reckless disregard for Plaintiff's rights [for the purpose of depriving Plaintiff of a federal right];

    3. Plaintiff was prosecuted for P.C. § 69 and 148 without probable cause;

    4. the criminal prosecution was terminated in plaintiff's favor; and

    5. Plaintiff suffered injuries/damages as a result of the criminal prosecution.

(Defendants disagree that Plaintiff has correctly stated all of the elements he is required to prove in this cause of action, specifically that he omitted the requirement that he must prove defendants acted for the purpose of depriving him of a specific constitutional right. *Awabdy v. City of Adelanto*, 368 F. 3d 1062 (2004).)

**C. Witnesses**

**Witnesses Plaintiffs expect to call:**

Plaintiffs expect to call the following witnesses at trial in this case:

1. Morgen Johnson (Plaintiff) – Mr. Johnson's testimony will relate to all acts that took place before, during, and after this incident, including, but not limited to, his contact with the defendant deputies, his arrest, the use of force against him and his criminal prosecution, trial and acquittal. Mr. Johnson will also testify regarding the physical and emotional injuries he sustained as a result of this incident.

2. Zana Licht – Ms. Licht is Mr. Johnson's wife and was present and saw everything that occurred at her home before, during and after this incident. Ms. Licht is expected to testify regarding what she saw and heard before, during and after the incident, including the force used on her husband. She will also testify regarding her detention and the search of her home. She will also testify regarding the injuries and damages suffered by Mr. Johnosn.

3. Richard Meharg (Defendant) – Deputy Meharg is expected to testify regarding his actions and those of others before, during and after this incident,

including, but not limited to, the arrest of plaintiff Morgen Johnson, the use of force against Mr. Johnson, and his role in the criminal prosecution of Mr. Johnson.

    4. Kenneth Feistel (Defendant) – Deputy Feistel is expected to testify regarding his actions and those of others before, during and after this incident, including, but not limited to, the arrest of plaintiff Morgen Johnson, the use of force against Mr. Johnson, and his role in the criminal prosecution of Mr. Johnson.

    5. Brett Reed – Deputy Reed was one of the deputies who was present during this incident and witnessed most or all of it. He is expected to testify to the acts of the deputies involved before and after the incident, and the acts of all participants during the incident.

    6. Frank Kennedy, M.D. - Dr. Kennedy was the emergency room physician at Sharp Hospital who treated plaintiff Morgen Johnson for the injuries he suffered in this incident. He will testify to Mr. Johnson's injuries, the diagnosis and treatment provided, and the medical bills incurred.

    7. Richard Katz - Mr. Katz will testify to a loan he provided to plaintiffs to assist them in dealing with Mr. Johnson's injuries and the criminal prosecution. He will also testify regarding his observations of Mr. Johnson before and after the incident, and the injuries and difficulties Mr. Johnson experienced as a result of this incident.

    8. Debbie Novick, D.C. - Dr. Novick is a chiropractor who will testify regarding her treatment of Mr. Johnson for the injuries he sustained in this incident, and the resultant medical bills.

    9. Raymond Woo – Dr. Woo is an acupuncturist who will testify regarding his treatment of Mr. Johnson for the injuries he sustained in this incident, and the resultant medical bills.

**Expert Witnesses Plaintiffs Expect to Call:**

    10. Ernie Burwell – Police procedures expert. Mr. Burwell is expected to testify to his opinions regarding proper police procedures, proper use of police

dogs, and the propriety of the actions of the deputies, including the arrest of and/or detention of plaintiffs, and the uses of force against plaintiff Morgen Johnson. Mr. Burwell will also testify regarding his background, expertise in police procedures and the basis for his opinions.

11. Charles Landers, M.D. – Expert witness, medical. Dr. Landers is expected to testify regarding the injuries Mr. Johnson sustained in this incident and presented with at Sharp Hospital, including the diagnosis, nature and prognosis relating to each injury. He will also testify regarding the necessity and propriety of the treatment provided and the medical bills incurred.

**Witnesses Plaintiffs may call:**

12. Milan Jugan, M.D. - Dr. Jugan will testify regarding the surgery he performed to repair the multiple facial fractures Mr. Johnson sustained in this incident.

13. Berdele Katz - Ms. Katz will testify to a loan she and her husband provided to plaintiffs to assist them in dealing with Mr. Johnson's injuries and the criminal prosecution. She will also testify regarding her observations of Mr. Johnson before and after the incident, and the injuries and difficulties Mr. Johnson experienced as a result of this incident.

14. Russell Reinbolt, M.D. - Sharp Hospital doctor who would testify to his diagnosis and treatment of Mr. Johnson's injuries while he was in the hospital.

15. William Carter, M.D. - Sharp Hospital doctor who would testify to his diagnosis and treatment of Mr. Johnson's injuries while he was in the hospital.

16. Edward Racek, M.D. - Sharp Hospital doctor who would testify to his diagnosis and treatment of Mr. Johnson's injuries while he was in the hospital.

17. Clinton Nichols, M.D. - Sharp Hospital doctor who would testify to his diagnosis and treatment of Mr. Johnson's injuries while he was in the hospital.

18. Dalora Yatco, R.N. - Sharp Hospital nurse who would testify to her observations and treatment of Mr. Johnson's injuries while he was in the hospital.

19. Gladysjoy Deguzman, R.N. - Sharp Hospital nurse who would testify to her observations and treatment of Mr. Johnson's injuries while he was in the hospital.

20. Pamela Reeder - Sharp Hospital nurse who would testify to her observations and treatment of Mr. Johnson's injuries while he was in the hospital.

21. Carrie Roeder, D.C. - Dr. Novick is a chiropractor who will testify regarding her treatment of Mr. Johnson for the injuries he sustained in this incident, and the resultant medical bills.

22. Ron Bobo, Esq. - Attorney who defended Mr. Johnson in his criminal case. Would testify to issues related thereto, and to the impact the criminal prosecution had on plaintiffs.

23. Elisha Hubbard - Deputy Sheriff who arrived at scene after the incident. Would testify to her investigation and interview of witnesses.

24. Michael Arnold - Mr. Johnson's landlord. Would testify regarding the home where the incident occurred and to plaintiff's tenancy.

25. Cloribel Desilva, R.N. - San Diego County Jail nurse. Would testify to Mr. Johnson's injuries, photos taken of his injuries, and treatment provided at jail.

26. Custodian of Records, Sharp Hospital - Would testify regarding hospital bills.

27. Laura L. Runyon, CSR, c/o San Diego Superior Court - court reporter in criminal case. Would authenticate transcripts of criminal case testimony.

28. Teri L. Smith, CSR, c/o San Diego Superior Court – court reporter in criminal case. Would authenticate transcripts of criminal case testimony.

**Witnesses Defendants expect to call:**

Defendants expect to call the following witnesses at trial in this case:

1. Deputy Kenneth Feistel (Defendant) – Deputy Feistel was involved in the altercation with plaintiffs, and is expected to testify regarding his actions and the actions of others during this incident, including but not limited the conduct of

plaintiff.

    2. Deputy Richard Meharg (Defendant) – Deputy Meharg was involved in the altercation with plaintiff, and is expected to testify regarding his actions and the actions of others during this incident, including but not limited the conduct of plaintiff.

    3. Bret Reed – Former Sheriff Deputy Reed was involved in the altercation with plaintiffs, and is expected to testify regarding his actions and the actions of others during this incident, including but not limited the conduct of plaintiff.

    4. Deputy Elisha Hubbard - Deputy Hubbard arrived at the plaintiff's home after the altercation, and is expected to testify regarding her investigation and interactions with witnesses.

    5. Courtney Zamudio – Mrs. Zamudio was a neighbor to the plaintiff at the time of the incident. She is expected to testify as to her perceptions of the activities in the plaintiff's residence that night, and her contact with 911.

    6. Morgen Johnson (Plaintiff) – Mr. Johnson is expected to testify regarding the events of this incident, including but not limited to his contact with defendant deputies, his conduct, and his arrest. It is expected Mr. Johnson will also testify as to his injuries and their claimed damages.

    7. Zana Licht – Ms. Licht is expected to testify regarding the events of this incident, including but not limited to her and her husband Mr. Johnson's contact with defendant deputies. It is expected Ms. Licht will also testify as to Mr. Johnson's injuries and their claimed damages.

**Expert Witnesses Defendants Expect to Call:**

    8. Elmer Pellegrino, Police Use of Force Expert. Mr. Pellegrino is expected to testify to his opinions regarding proper police procedures and the proprietary of the actions of deputies in this incident, including their use of force and arrest/detention of plaintiff. Mr. Pellegrino will also testify regarding his background, training, and expertise in police procedures and the basis for his

opinions.

9. Richard Clark, Toxicology Expert. Mr. Clark is expected to testify as to the blood sample collected from Mr. Johnson, and to offer his opinions regarding intoxication and its probable effects on an individual. Mr. Clark will also testify regarding his background, training, and expertise.

10. Burt Quick, Police Canine Expert. Mr. Quick is expected to testify to his opinions regarding proper canine procedures and the proprietary of the actions of the police canine and handler in this incident. Mr. Quick will also testify regarding his background, training, and expertise and the basis for his opinions.

**Witnesses Defendants May Call:**

11. Custodian of records, San Diego County Sheriff's Department – If needed, the custodian would authenticate all dispatch calls, records, and reports generated during and in response to the subject incident.

12. William Zamudio – Mr. Zamudio was a neighbor to the plaintiffs at the time of the incident. He is expected to testify as to his perceptions of the activities in the plaintiffs' residence that night, and his contact with 911.

**D. Exhibits**

The parties' exhibit lists are attached as an appendix to this order. The parties reserve all objections to the admissibility of exhibits.

**E. Statement of Stipulated Facts**

The parties have agreed to stipulate to the authenticity of the reporters' transcripts' of the testimony in the criminal case that arose out of this incident.

**F. Depositions**

The parties do not contemplate offering deposition testimony into evidence.

**G. Jury Instructions**

One set of agreed upon jury instructions on the substantive claims will be provided as directed by the Court.

///

**H.  Proposed Verdict Form**

The parties must lodge proposed verdict form will be provided as directed by the Court.

**I.  Trial Estimate**

This case shall be tried by jury, consisting of eight jurors, whose verdict must be unanimous.  Each side will have 12 hours to present its case.  The trial will not be bifurcated.

**J.  Commencement of Trial**

A jury will be selected beginning Monday, January 25, 2016 at 3:00 p.m. The trial will commence the next morning at 8:30 a.m., beginning with opening statements.  The parties should plan to begin trial at 8:30 a.m. each day, and should expect the case to be submitted to the jury by Friday, January 29.

**IT IS SO ORDERED.**

DATED:  January 14, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

## Appendix

### PLAINTIFFS' EXHIBIT LIST

Plaintiff expects to offer the following exhibits into evidence:

| Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1. | | | Photo - Morgen Johnson, taken at scene by SDSO |
| 2. | | | Photo - Pool of blood, taken at scene by SDSO |
| 3. | | | Photo - Deputy Meharg, after incident |
| 4. | | | Photo - Meharg's arm, after incident |
| 5. | | | Photo - Feistel, after incident |
| 6. | | | Photo - Feistel's wrist, after incident |
| 7. | | | Photo - Feistel's wrist, after incident, close up |
| 8. | | | Photo - Plaintiffs' house, aerial |
| 9. | | | Photo - Plaintiffs' house, aerial |
| 10. | | | Photo of injuries - Mr. Johnson's face, front |
| 11. | | | Photo of injuries - Mr. Johnson's face, right side |
| 12. | | | Photo of injuries - Mr. Johnson's face, right side |
| 13. | | | Photo of injuries - Mr. Johnson's neck |
| 14. | | | Photo of injuries - Mr. Johnson's neck |
| 15. | | | Photo of injuries - Mr. Johnson's neck |

| | | |
|---|---|---|
| 16. | | Photo of injuries - Mr. Johnson's neck |
| 17. | | Photo of injuries - Mr. Johnson's neck |
| 18. | | Photo of injuries - Mr. Johnson's neck |
| 19. | | Photo of injuries - Mr. Johnson's ear |
| 20. | | Photo of injuries - Mr. Johnson's ear |
| 21. | | Photo of injuries - Mr. Johnson's back, right side |
| 22. | | Photo of injuries - Mr. Johnson's back, right side |
| 23. | | Photo of injuries - Mr. Johnson's chest |
| 24. | | Photo of injuries - Mr. Johnson's right leg |
| 25. | | Photo of injuries - Mr. Johnson's right leg |
| 26. | | Photo of injuries - Mr. Johnson's left leg |
| 27. | | Photo of injuries - Mr. Johnson's foot |
| 28. | | Photo of injury - Mr. Johnson's hand |
| 29. | | Jail photo - Mr. Johnson's neck |
| 30. | | Jail photo - Mr. Johnson's neck |
| 31. | | Jail photo - Mr. Johnson's ear |
| 32. | | Hospital photo - Mr. Johnson's face |
| 33. | | Hospital photo - Mr. Johnson's back, left side |
| 34. | | Photo - Plaintiffs' house, outside |
| 35. | | Photo - Plaintiffs' house, outside |
| 36. | | Photo - Plaintiffs' house, outside |
| 37. | | Photo - Plaintiffs' house, outside |
| 38. | | Photo - Plaintiffs' house, outside |

| | | |
|---|---|---|
| 1 | 39. | Photo - Plaintiffs' house, outside |
| 2 | 40. | Photo - Plaintiffs' house, outside |
| 3 | 41. | Photo - Plaintiffs' house, outside |
| 4 | 42. | Photo - Plaintiffs' house, outside |
| 5 | 43. | Photo - Plaintiffs' garage |
| 6 | 44. | Photo - Plaintiffs' garage |
| 7 | 45. | Photo - Plaintiffs' garage |
| 8 | 46. | Photo - Plaintiffs' front door |
| 9 | 47. | Photo - Plaintiffs' house, inside |
| 10-12 | 48. | Photo - Plaintiffs' house, inside |
| 13 | 49. | Photo - Plaintiffs' house, inside |
| 14 | 50. | Photo - Plaintiffs' house, inside |
| 15 | 51. | Photo - Plaintiffs' house, inside |
| 16 | 52. | Photo - Plaintiffs' house, inside |
| 17 | 53. | Photo - Plaintiffs' house, inside |
| 18 | 54. | Photo - Plaintiffs' house, inside |
| 19 | 55. | Photo - Plaintiffs' house, inside |
| 20 | 56. | Photo - Morgen at scene |
| 21 | 57. | Photo - Morgen at scene |
| 22 | 58. | Photo - Morgen at scene |
| 23 | 59. | Photo - Morgen at scene |
| 24 | 60. | Photo - Morgen at scene |
| 25 | 61. | Photo - Morgen at scene |
| 26 | 62. | Photo - Morgen at scene |
| 27 | 63. | Photo - Morgen at scene |
| 28 | 64. | |

|   |     |                                                        |
|---|-----|--------------------------------------------------------|
| 1 |     |                                                        |
| 2 |     | Photo - Plaintiffs' house, outside                     |
| 3 | 65. | Photo - Plaintiffs' house, outside                     |
| 4 | 66. | Photo - Plaintiffs' house, outside                     |
| 5 | 67. | Photo - Plaintiffs' house, outside                     |
| 6 | 68. | Photo - Plaintiffs' house, outside                     |
| 7 | 69. | Photo - Plaintiffs' house, outside                     |
| 8 | 70. | Photo - Plaintiffs' garage, nighttime                  |
| 9 | 71. | Billing records - Sharp Hospital                       |
| 10 | 72. | Billing records - Debbie Novick, D.C.                 |
| 11 | 73. | Billing records - Carrie Roeder, D.C.                 |
| 12 | 74. | Billing records - Raymond Woo                         |
| 13 | 75. | Jail Records, Morgen Johnson                          |
| 14 | 76. | Booking photo, Morgen Johnson                         |
| 15 | 77. | Medical illustration - facial fractures,              |
| 16 |     |                                                        |
| 17 |     | Mr. Johnson                                            |
| 18 |     |                                                        |
| 19 |     |                                                        |
| 20 | 78. | Medical illustration - facial surgery,                |
| 21 |     | Mr. Johnson                                            |
| 22 | 79. | Medical illustration - L-2 fracture,                  |
| 23 |     |                                                        |
| 24 |     | Mr. Johnson                                            |
| 25 | 80. | Medical illustration - rib fractures,                 |
| 26 |     |                                                        |
| 27 |     | Mr. Johnson                                            |
| 28 |     |                                                        |

| | | |
|---|---|---|
| 81. | | Photo - Morgen at hospital |
| 82. | | SDSO use of force policy |
| 83. | | SDSO K-9 policy |
| 84. | | SDSO policies and procedures |
| 85. | | SDSO mission statement |
| 86. | | Probable cause declaration |
| 87. | | CAD print-outs |
| 88. | | 12 inch leash |
| 89. | | Streamlight flashlight |
| 90. | | K-9 plaster skull |
| 91. | | Photo of Mr. Johnson's room taken on night of incident |
| 92. | | Photo of Mr. Johnson's room taken on night of incident |
| 93. | | Photo of Mr. Johnson's room taken on night of incident |
| 94. | | Photo of Mr. Johnson's room taken on night of incident |
| 95. | | Summary of Plaintiff's Injuries |

Plaintiffs might offer the following additional exhibits into evidence:

| Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 101. | | | Medical records - Sharp Hospital |
| 102. | | | Medical records - Debbie Novick, DC |
| 103. | | | Medical records - Carrie Roeder, DC |
| 104. | | | Medical records - Raymond Woo |
| 105. | | | Jail medical records of Mr. Johnson |

| | | |
|---|---|---|
| 1 | 106. | POST Learning Domain 1 |
| 2 | 107. | POST Learning Domain 15 |
| 3 | 108. | POST Learning Domain 20 |
| 4 | 109. | POST Learning Domain 33 |
| 5 | 110. | POST Learning Domain 25 |
| 6 | 111. | Exhibits to depo of Morgen Johnson |
| 7 | 112. | Exhibits to depo of Zana Licht |
| 8 | 113. | Video depo of Richard Meharg |
| 9 | 114. | Exhibits to depo of Richard Meharg |
| 10 | 115. | Video depo of Kenneth Feistel |
| 11 | 116. | Exhibits to depo of Kenneth Feistel |
| 12 | 117. | Video depo of Brett Reed |
| 13 | 118. | Exhibits to depo of Brett Reed |
| 14 | 119. | Exhibits to depo of Elisha Hubbard |
| 15 | 120. | Exhibits to depo of Ernie Burwell |
| 16 | 121. | Exhibits to depo of E. Pelligrino |
| 17 | 122. | Exhibits to depo of Burt Quick |
| 18 | 123. | Exhibits to depo of Dr. R. Clark |
| 19 | 124. | Communications tapes |
| 20 | 125. | Photo of house, nighttime |
| 21 | 126. | Photo of house, nighttime |
| 22 | 127. | Photo of house, outside |
| 23 | 128. | Photo of house, outside |
| 24 | 129. | Photo of house, outside |
| 25 | 130. | Photo of house, inside |
| 26 | 131. | Photo of house, inside |
| 27 | 132. | Photo of house, outside |
| 28 | 133. | Photo - garage |

| | | |
|---|---|---|
| 1 | 134. | Photo - garage |
| 2 | 135. | Photo - garage |
| 3 | 136. | Photo - neck |
| 4 | 137. | Photo - neck |
| 5 | 138. | Photo - neck |
| 6 | 139. | Photo - face and ear |
| 7 | 140. | Photo - face and ear |
| 8 | 141. | Photo - face and ear |
| 9 | 142. | Photo - ear |
| 10 | 143. | Photo - bear |
| 11 | 144. | Photo - back |
| 12 | 145. | Photo - back |
| 13 | 146. | Photo - left leg |
| 14 | 147. | Photo - right leg |
| 15 | 148. | Photo - foot |
| 16 | 149. | Photo - chest |
| 17 | 150. | Photo - hand |
| 18 | 151. | Photo from Burwell report, Morgen in garage |
| 19 | 152. | Photo from Burwell report, neck |
| 20 | 153. | Photo from Burwell report, ear |
| 21 | 154. | Photo from Burwell report, face and neck |
| 22 | | |
| 23 | ~~155.~~ | ~~Photo from Burwell report, dog lunging~~ |
| 24 | 156. | Photo - Meharg, uniform, shoe |
| 25 | 157. | Photo - Meharg, uniform, leg |
| 26 | 158. | Photo - Feistel, uniform, pocket |

**DEFENDANTS' EXHIBIT LIST**

Exhibits Defendants Expect to Introduce:

| Letter | Date I.D. Description | Date Rec'vd |
|---|---|---|
| A | | Photograph of interior wall (with towel hook) taken by Deputy Reed |
| B | | Photograph of interior wall (with end table) taken by Deputy Reed |
| C | | Photograph of interior wall (dry wall damage) taken by Deputy Reed |
| D | | Photograph of blood on wall taken by Deputy Reed |
| E | | Photograph of broken table taken by Deputy Reed |
| F | | SDSO Deputy Feistel's report |
| G | | SDSO Deputy Reed's report |
| H | | SDSO Deputy Meharg's report |
| I | | CAD Report documents |
| J | | SDSO Radio traffic audio |
| K | | SDSO Radio audio transcription |
| L | | SDSO Crime Lab Plaintiff's BAC results |
| M | | POST Learning Domain No. 20 |

| | | |
|---|---|---|
| N | | POST Learning Domain No. 33 |
| O | | 911 audio |
| P | | 911 audio transcript |
| Q | | Photograph of Deputy Feistel's injury to wrist (seated) |
| R | | Photograph of Deputy Feistel's injury to wrist (close up) |
| S | | Photograph of Deputy Meharg's arm |
| T | | Aerial Photograph |
| U | | Photograph of Conti |
| V | | Photograph of front of house |
| W | | Color photograph (Ex. 3 Deposition of Burt Quick) |
| X | | Color photographs (Ex. 4 Deposition of Burt Quick) |
| Y | | Color photographs (Ex. 5 Deposition of Burt Quick) |
| Z | | Law Enforcement Service Dog Program Guidelines, dated 8/17/2000 (Ex. 6 Deposition of Burt Quick) |
| AA | | IACP documents (Ex. 7 Deposition of Burt Quick) |
| BB | | Video Deposition of Morgen Johnson |

| | | |
|---|---|---|
| CC | | Video Deposition of Zana Licht |
| DD | | Trial testimony of Courtney |
| | Zamudio | |